EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2013 TSPR 109 |
| Héctor Javier Miranda Casasnovas | 189 DPR ____ |

Número del Caso: TS-6160


Fecha: 8 de octubre de 2013


Por derecho Propio


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

HÉCTOR JAVIER MIRANDA          **Núm.:** **TS-6160**
CASASNOVAS

## RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2013.

Examinada la solicitud de reinstalación presentada el 1 de julio de 2013, así como la "Certificación" de la Oficina de Inspección de Notarías (ODIN), se reinstala al Lcdo. Héctor Javier Miranda Casasnovas al ejercicio de la abogacía y notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo